

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00143-CR
No. 02-21-00144-CR

RODRICK DESHION STEELE JR., Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1523899D, 1523904D

---

## ABATEMENT ORDER

We have considered "Adam L. Arrington's Motion for Leave to Withdraw as Attorney of Record."

The motion is **GRANTED**. The Hon. Adam L. Arrington is permitted to withdraw as counsel for appellant. We abate this appeal and remand this case to the trial court to appoint substitute appellate counsel and take any other measures that the trial court deems necessary to ensure that appellant does not forfeit his right to appeal.

The trial court shall file a supplemental clerk's record containing the order appointing substitute appellate counsel on or before **May 31, 2022**. Upon our receipt of the supplemental clerk's record, the appeal of this cause shall be automatically reinstated without further order.

We direct the clerk of this court to send a notice of this order to the appellant, the Hon. Adam L. Arrington, the State's attorney of record, the trial court judge, the trial court clerk, and the court reporter.

Dated April 28, 2022.

Per Curiam